■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS LEVINE, Appellant.—Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered on January 14, 1987, unanimously affirmed. Motion by appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Kupferman, J. P., Ross, Rosenberger, Ellerin and Smith, JJ.